UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOK MANCINELLI,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 25-cv-08246-JST<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY**<br><br>Re: ECF No. 28 |

Before the Court is Defendant Marriott International, Inc.'s motion for leave to file a surreply to the motion for remand. ECF No. 28. Marriott argues that it needs a surreply to (1) respond to Plaintiff Brook Mancinelli's evidentiary objections to the opposition and (2) provide additional evidence in opposition to Plaintiff's motion to "moot" those objections. *Id*. at 2. Marriott also argues that it needs to respond to a new argument in Mancinelli's reply regarding equitable jurisdiction. *Id*. at 2. Mancinelli opposes the motion, arguing that Defendant should not be permitted to file now evidence it could have submitted earlier with its opposition, and that Plaintiff made an equitable jurisdiction argument in its reply brief to respond to Marriott's argument, in its opposition brief, that Plaintiff's request for injunctive relief is now moot. ECF No. 31.

The Court agrees with Mancinelli that seeking to submit evidence that could have been included with an opposition brief is not a basis to seek a surreply. *See, e.g., Arceo v. Arden Mills, LLC*, 2023 WL 5096332, at *2 (C.D. Cal. Aug. 9, 2023) (denying leave to file surreply to supplement additional facts that could have been included in the original opposition). As for the equitable jurisdiction argument, the Court agrees with Marriott that the argument was raised for

the first time in the reply. However, the Court will deny Marriott's request to file a surreply to address the new argument and instead will exercise its discretion to exclude the argument from consideration. *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief."); *United States v. Anderson*, 472 F.3d 662, 668 (9th Cir. 2006) ("Issues raised for the first time in a . . . reply brief are generally deemed waived.")

For the foregoing reason, the Court denies Marriott's request for leave to file a motion for a surreply.

**IT IS SO ORDERED.**

Dated: December 18, 2025

							_____
							JON S. TIGAR
							United States District Judge

2