UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROOK MANCINELLI, et al.,
Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC.,
Defendant.

Case No. 25-cv-08246-JST

**ORDER DENYING MOTION TO STAY DISCOVERY**

Re: ECF No. 67

Now before the Court is Defendant Marriott International, Inc.'s motion to stay discovery. ECF No. 67.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600 (D. Nev. 2011). Courts in this district have applied a two-pronged test to determine whether discovery should be stayed in such a situation. First, "a pending motion must be potentially dispositive of the entire case, or at least dispositive on the issue at which discovery is directed." *Pac. Lumber Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA*, 220 F.R.D. 349, 352 (N.D. Cal. 2003). Second, "the court must determine whether the pending motion can be decided absent additional discovery." *Id.* at 352. Only if both factors are met may a Court consider issuing a stay of discovery. "In applying this two-factor test, the court must take a 'preliminary peek' at the merits of the pending dispositive motion to assess whether a stay is warranted." *Singh v. Google, Inc.*, No. 16-CV-03734-BLF, 2016 WL 10807598, at *2 (N.D. Cal. Nov. 4, 2016).

Having taken a "preliminary peek" at the merits of Marriott's motion, the Court is not convinced that Marriott's motion likely to dispose of the entire case or of the issues on which discovery is directed. Moreover, even if the Court were to dismiss Mancinelli's claims, the Court

United States District Court
Northern District of California

is likely to grant leave to amend. *See Nat'l Union Fire Ins. Co. of Pittsburgh, PA. v. Res. Dev. Servs.*, Inc., No. 10-cv-01324-JF(PVT), 2010 WL 3746290, at *1 (N.D. Cal. Sept. 18, 2010) (denying motion for a stay when it was unlikely that the claims in question would be dismissed without leave to amend and therefore that the motion would not be entirely dispositive of the claims). Accordingly, Marriott's motion to stay discovery is denied.

**IT IS SO ORDERED.**

Dated: November 3, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California